**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOYCE M. JONES, | Case No. 2:15-cv-01716-APG-VCF |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| CLARK COUNTY SCHOOL DISTRICT and PAT SKORKOWSKY, | (Dkt. #2) |
| Defendants. | |

On September 11, 2015, Magistrate Judge Ferenbach entered a report and recommendation (Dkt. #2) recommending I dismiss this complaint for lack of subject matter jurisdiction because there is no federal question and the parties are not diverse. Plaintiff Joyce Jones objects, arguing that (1) "[f]ederal [c]ourts can decide any case that considers federal law," (2) the defendants breached a contract with her, and (3) she files suit under a California statute. (Dkt. #3.)

I conducted a de novo review of the issues set forth in the Report & Recommendation. 28 U.S.C. § 636(b)(1). Judge Ferenbach set forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the report and recommendation **(Dkt. #2) is accepted.**

IT IS FURTHER ORDERED that this action is DISMISSED for lack of subject matter jurisdiction.

DATED this 5th day of October, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE